# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 29, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No. 23-2204,    William Glover v. EQT Corporation
                5:19-cv-00223-JPB-JPM

TO:    EQT Corporation
       EQT Energy, LLC
       Goshorn Ridge, LLC
       Christy L. Glover
       Linda K. Glover
       Richard A. Glover
       William D. Glover
       EQT Production Company

RESPONSE DUE: 08/01/2024

Response is required to the notice requesting information regarding similar cases on or before 08/01/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Rachel Phillips, Deputy Clerk
804-916-2702