FILED: September 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2204
(5:19-cv-00223-JPB-JPM)

_____

WILLIAM D. GLOVER; LINDA K. GLOVER, his wife; RICHARD A. GLOVER; CHRISTY L. GLOVER, his wife; GOSHORN RIDGE, LLC, Individually, and on Behalf of All Others Similarly Situated

   Plaintiffs - Appellees

v.

EQT CORPORATION, a Pennsylvania corporation; EQT PRODUCTION COMPANY, a Pennsylvania corporation; EQT ENERGY, LLC, a Delaware limited liability company

   Defendants - Appellants

------------------------------

WEST VIRGINIA MANUFACTURERS ASSOCIATION; GAS AND OIL ASSOCIATION OF WV, INC.; WEST VIRGINIA CHAMBER OF COMMERCE

   Amici Supporting Rehearing Petition

_____

O R D E R

_____

West Virginia Manufacturers Association, Gas and Oil Association of WV, Inc., and West Virginia Chamber of Commerce, Inc. have filed amicus curiae briefs.

The court accepts the briefs for filing.

West Virginia Manufacturers Association and Gas and Oil Association of WV, Inc. are directed to file appearance forms within three days of the date of this order.

                                                                               For the Court

                                                                               <u>/s/ Nwamaka Anowi, Clerk</u>