FILED: October 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2204
(5:19-cv-00223-JPB-JPM)

_____

WILLIAM D. GLOVER; LINDA K. GLOVER, his wife; RICHARD A. GLOVER; CHRISTY L. GLOVER, his wife; GOSHORN RIDGE, LLC, Individually, and on Behalf of All Others Similarly Situated

   Plaintiffs - Appellees

v.

EQT CORPORATION, a Pennsylvania corporation; EQT PRODUCTION COMPANY, a Pennsylvania corporation; EQT ENERGY, LLC, a Delaware limited liability company

   Defendants - Appellants

-------------------------------

WEST VIRGINIA MANUFACTURERS ASSOCIATION; GAS AND OIL ASSOCIATION OF WV, INC.; WEST VIRGINIA CHAMBER OF COMMERCE

   Amici Supporting Rehearing Petition

_____

O R D E R

_____

The Court denies the petition for rehearing en banc.

A requested poll of the Court failed to produce a majority of judges in regular

active service and not disqualified who voted in favor of rehearing en banc. Chief Judge Diaz, Judge Wilkinson, Judge Gregory, Judge Agee, Judge Wynn, Judge Thacker, Judge Harris, Judge Richardson, Judge Quattlebaum, Judge Rushing, Judge Heytens, Judge Benjamin and Judge Berner voted to deny rehearing en banc. Judge Niemeyer voted to grant rehearing en banc. Judge King was recused.

Entered at the direction of Judge Benjamin.

For the Court

/s/ Nwamaka Anowi, Clerk